No. 86–492.   BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE v. UNITED TECHNOLOGIES CORP.

C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of Joan S. Tozer et al. for leave to file a brief as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.